```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 13803
   TIMOTHY J YOUNG
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-3381

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/01/2007 and was confirmed 10/15/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 06/02/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
HSBC AUTO FINANCE           SECURED VEHIC    17738.00           747.46         2170.15
TRAN SOUTH FINANCIAL COR    SECURED VEHIC     1107.00              .00             .00
VELOCITY INVESTMENTS LLC    SECURED VEHIC      200.00              .00          200.00
VELOCITY INVESTMENTS LLC    UNSECURED         9908.71              .00             .00
INTERNAL REVENUE SERVICE    PRIORITY          2000.00              .00             .00
ADVOCATE HOME CARE PRODU    UNSECURED        NOT FILED             .00             .00
ROUNDUP FUNDING LLC         UNSECURED         2391.54              .00             .00
AT&T WIRELESS               UNSECURED          596.42              .00             .00
CITIBANK DRIVERS EDGE       UNSECURED        NOT FILED             .00             .00
EMERGENCY ROOM PHYSICIAN    UNSECURED        NOT FILED             .00             .00
FORD MOTOR CREDIT COMPAN    NOTICE ONLY      NOT FILED             .00             .00
GOT CASH                    UNSECURED        NOT FILED             .00             .00
GUPTA R MDSC                UNSECURED        NOT FILED             .00             .00
CBUSA INC                   UNSECURED        NOT FILED             .00             .00
HAMMOND RADIOLOGIST         UNSECURED          450.00              .00             .00
HEATHER MEDICAL ASSOC       UNSECURED        NOT FILED             .00             .00
HFC                         NOTICE ONLY      NOT FILED             .00             .00
ECAST SETTLEMENT CORP       UNSECURED          860.87              .00             .00
LVNV FUNDING LLC            UNSECURED         1107.80              .00             .00
MIDAMERICA CARDIOVASCULA    UNSECURED        NOT FILED             .00             .00
SOUTH SUBURBAN HOSPITAL     UNSECURED        NOT FILED             .00             .00
ST MARGARET MERCY HEALTH    UNSECURED        NOT FILED             .00             .00
HSBC AUTO FINANCE           UNSECURED          317.54              .00             .00
INTERNAL REVENUE SERVICE    UNSECURED         1906.45              .00             .00
FELD & KORRUB LLC           DEBTOR ATTY      3,200.00                         1,634.02
TOM VAUGHN                  TRUSTEE                                             348.37
DEBTOR REFUND               REFUND                                                 .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 13803 TIMOTHY J YOUNG
```

```
TRUSTEE                                      5,100.00

PRIORITY                                                              .00
SECURED                                                          2,370.15
    INTEREST                                                       747.46
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,634.02
TRUSTEE COMPENSATION                                               348.37
DEBTOR REFUND                                                         .00
                                         ----------------  ----------------
TOTALS                                       5,100.00            5,100.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 09/24/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE











                        PAGE   2
        CASE NO. 07 B 13803 TIMOTHY J YOUNG